McGREGOR W. SCOTT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODI HALAL MEAT, a California Sole Proprietorship, ANAR GUL, an Individual, and NOSHAD FORDIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:19-cv-01585-TLN-KJN<br><br>**STIPULATION AND ORDER** |

Plaintiffs, by and through their attorney of record, and Defendant, by and through its attorneys of record, hereby stipulate to the following:

(1) Plaintiffs filed the above-captioned case on August 14, 2019, seeking review of a decision by the United States Department of Agriculture's Food and Nutrition Service ("FNS") to disqualify plaintiffs from participating in the Supplemental Nutrition Assistance Program ("SNAP") for a period of six months.

(2) Plaintiffs filed a Motion for a Preliminary Injunction on August 19, 2019, asking the Court to stay implementation of the six-month disqualification pending resolution of this action.

(3) The hearing on the Motion for Preliminary Injunction is currently scheduled for October 3, 2019.

1

(4) Plaintiffs have agreed to withdraw their Motion for Preliminary Injunction in exchange for a commitment by the FNS to stay implementation of the six-month disqualification pending resolution of this action in this Court.

(5) Plaintiffs shall abide by, and be governed by, all the rules and regulations of the SNAP during the pendency of this action.

(6) This stipulation shall be without prejudice to the parties' positions in this case.

(7) Plaintiffs hereby withdraw their Motion for Preliminary Injunction and the Parties hereby ask the Court to vacate the hearing on October 3, 2019.

(8) Defendant agrees not to disable Plaintiffs' SNAP retailer license and not to take any action inconsistent with permitting Plaintiffs to conduct SNAP transactions during the pendency of this action based on any act or omission that is the subject of the action until further order of the Court.

Respectfully submitted,

Dated: September 12, 2019

McGREGOR W. SCOTT
United States Attorney


By: */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


Dated: September 12, 2019

*/s/ Zein E. Obagi, Jr.*
ZEIN E. OBAGI, JR.
OBAGI LAW GROUP, P.C.
Attorneys for Plaintiffs

//

//

//

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated: September 12, 2019

_____
Troy L. Nunley
United States District Judge