McGREGOR W. SCOTT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODI HALAL MEAT, a California Sole Proprietorship, ANAR GUL, an Individual, and NOSHAD FORDIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:19-cv-01585-TLN-KJN<br><br>**SECOND STIPULATION TO EXTEND DEADLINE FOR A RESPONSIVE PLEADING; AND ORDER** |

Plaintiffs, by and through their attorney of record, and Defendant, by and through its attorneys of record, hereby stipulate to extend the deadline for defendant's responsive pleading in the above-captioned case to December 9, 2019, in light of the fact that the parties are finalizing a settlement agreement to resolve this action.

//
//
//
//
//
//

1

Respectfully submitted,

Dated: November 18, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Dated: November 18, 2019

*/s/ Zein E. Obagi, Jr.*
ZEIN E. OBAGI, JR.
OBAGI LAW GROUP, P.C.
Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 18, 2019

Troy L. Nunley
United States District Judge